```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

v.                      Case No. 07-50014

GREGG MICHAEL LANGLEY                                 DEFENDANT

## ORDER

Currently before the Court is defendant's **Motion in Limine (Doc. 16)**. For the reasons stated on the record at a pretrial hearing on this date, the motion is **DENIED**.

IT IS SO ORDERED this 27th day of August 2007.

/S/JIMM LARRY HENDREN
JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE